IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES FOR THE USE OF PETROLEUM RESOURCES & DEVELOPMENT, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>INDEMNITY NATIONAL INSURANCE CO.<br><br>    Third-Party Defendants. | Case No.: 6:22-cv-00059 |

**ORIGINAL COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, THE UNITED STATES FOR THE USE OF PETROLEUM RESOURCES & DEVELOPMENT, INC. ("Subcontractor"), by and through the undersigned counsel, sues Defendant, INDEMNITY NATIONAL INSURANCE CO. ("Surety"), and states:

1. This is an action under the Miller Act, 40 U.S.C. § 3131 *et seq.*

2. Subcontractor is a corporation formed and existing under, and in accordance with, the law of the State of Florida, and having its principal place of business is in Brevard County, Florida.

3. Surety is a corporation formed and existing under, and in accordance with, the law of State of Tennessee, and having its principal place of business is in Williamson County, Tennessee.

4. On or about September 20, 2018, Bhate Zapata, LLC ("Contractor") entered into construction Contract Nos. W912EP-16-D-0008 and W9127818F0598 (collectively, the "Prime Contract") with the United States U.S. Army Corps of Engineers, South Atlantic

Division ("Owner"), for a construction project known as "Demolition/Remediation at Patrick Air Force Base" (the "Project") located in Brevard County, Florida.

5. On or about October 25, 2018, and pursuant to the Miller Act, Contractor, as principal, and Surety, as surety, entered into and issued Payment Bond No. N-7001216 (the "Bond") for the Project. A true and correct copy of the Bond is attached hereto as Exhibit 1.

6. On or about January 14, 2019, and further to the Prime Contract, Contractor entered into Subcontract No. BZJVJAX.PAFB-001 (the "Subcontract") with Subcontractor, for the performance and/or furnishing by Subcontractor of, *inter alia*, certain labor, services, materials, and equipment (the "Subcontract Work") on/for the Project, *viz.*, certain contamination remediation/removal at the Project. In its entirety, the Subcontract is voluminous; therefore, a true and correct copy of only the material portions thereof is attached hereto as Exhibit 2.

7. Despite demand therefor, which demand is hereby reiterated and renewed, Surety has failed or refused to pay Subcontractor at least $234,128.09 that has been due and payable to it for and on account of the Subcontract Work for more than 90 days, as contemplated under the Miller Act (*viz.*, 40 U.S.C. §3133(b)(1)).

8. This Court has subject matter/federal question jurisdiction over this action pursuant to, *inter alia*, 28 U.S.C. §1331 and the Miller Act (*viz.*, 40 U.S.C. §3133(b)(3)(B)).

9. Venue in this Court is proper because the Prime Contract and the Subcontract were to be executed and performed in this District and the Project is located in this District.

10. Subcontractor has complied with all terms and conditions of and has satisfied all of its obligations under the Subcontract.

11. Subcontractor is in privity with Contractor as contemplated under the Miller Act (*viz.*, 40 U.S.C. §3133(b)(1)).

12. This action is and was timely brought within one year after Subcontractor's last work on the Project, in accordance with the Miller Act (*viz.*, 40 U.S.C. §3133(b)(4)).

13. All other or additional conditions precedent to the institution and maintenance of this action have occurred or have been performed, completed, excused, or waived.

WHEREFORE, Contractor demands judgment against Surety for damages, interest, taxable costs and/or expenses, attorneys' fees, and for such further legal, equitable, and other relief as this Court deems appropriate.

## DEMAND FOR JURY TRIAL

Subcontractor hereby demands a trial by jury on all issues so triable.

Dated this **10th** day of **January**, **2022**.

/s/ Webb Millsaps
**WEBB MILLSAPS LAW FIRM, PA**
Webb Millsaps, Esq.
webb@webbmillsapslaw.com
Florida Bar Number: 32414
160 W. Camino Real, #190
Boca Raton, FL 33432
Phone: (561) 900-7238
Fax: (866) 741-0009
*Counsel for Subcontractor*