UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THE UNITED STATES FOR THE
USE OF PETROLEUM
RESOURCES &
DEVELOPMENT, INC.,**

      **Plaintiff,**

**v.**                                                      **Case No. 6:22-cv-59-CEM-LHP**

**INDEMNITY NATIONAL
INSURANCE COMPANY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. On January 12, 2022, this Court entered an Initial Order (Doc. 3), which reminds the parties of their obligations under Local Rule 3.02. (*Id.* at 2). That Rule states that within forty days "after any defendant appears in an action originating in this court," or forty days "after the docketing of an action removed or transferred to this court," "[t]he parties must file [a] case management report." M.D. Fla. R. 3.02(b)(1)–(2). The parties were also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc.

4). The parties have failed to file a case management report, and the time to do so has passed.[1]

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 20, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] If fault for noncompliance lies entirely with Defendant, Plaintiff may seek reconsideration on that basis.